# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JERRY BROWN

**DEFENDANTS**
Illinois Waste Management and Research Center, a division of the Illinois Dept of Natural Resources, a department of the State of Illinois, Timothy Lindsey, Kate Day and George Vander Velde

**(b) County of Residence of First Listed Plaintiff** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
PRO SE

**Attorneys (If Known)**
LISA MADIGAN
Attorney General of Illinois

FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

07CV7080
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

## IV. NATURE OF SUIT
CIVIL RIGHTS: [X] 442 Employment

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Title VII
Complaint of Employment Discrimination

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case [X] is not a refiling of a previously dismissed action.

DATE: 12-17-07
SIGNATURE OF ATTORNEY OF RECORD: Jerry C Brown