

KC **FILED**
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jerry Brown
(Please print)

STREET ADDRESS: 1520 Lee Blvd

CITY/STATE/ZIP: Berkeley, IL 60163

PHONE NUMBER: 708-544-2994

CASE NUMBER: 07CV7080
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

_Jerry C Brown_    12-17-07
Signature         Date