# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jerry Brown

                               Plaintiff,

v.                                             Case No.: 1:07–cv–07080

                                                          Honorable James B. Zagel

Illinois Waste Management and Researcn Center, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

       MINUTE entry before Judge Honorable James B. Zagel: Status hearing set for 6/12/2008 at 10:00 AM. Failure to appear may result in a dismissal of the case for want of prosecution.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.