# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                          Case Number: **07 C 7080**

**Jerry Brown v. Illinois Waste Management and Research Center**, a division of the Illinois **Dept. Of Natural Resources, a department of the State of Illinois, Timothy Lindsey, Katie Day, and George Vander Velde**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Defendants Illinois Department of Natural Resources, Timothy Lindsey, Katie Day, and George Vander Velde**

| | |
|---|---|
| NAME (Type or print)  Mary M. Madden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/ Mary M. Madden | |
| FIRM  Office of the Attorney General, State of Illinois | |
| STREET ADDRESS  100 West Randolph Street, 13th Floor | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6256322 | TELEPHONE NUMBER  (312) 814-7201 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES X  NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |