**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 07 C 7080 |
| | ) | |
| ILLINOIS WASTE MANAGEMENT | ) | Honorable James B. Zagel |
| And RESEARCH CENTER, a division of | ) | |
| The Illinois Department of Natural | ) | Magistrate Judge Valdez |
| Resources, a Department of the State of | ) | |
| Illinois, TIMOTHY LINDSEY, KATIE DAY | ) | |
| And GEORGE VANDER VELDE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Mr. Jerry Brown
      1520 Lee Boulevard
      Berkeley, Illinois 60163

**PLEASE TAKE NOTICE** that on the 20th day of June, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or whomever may be sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, Room 2503, and then and there present the attached **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW**, a copy of which is attached and hereby served upon you.

                              **ILLINOIS WASTE MANAGEMENT AND
                              RESEARCH CENTER, a division of the Illinois
                              Department of Natural Resources, a Department
                              Of the State of Illinois, TIMOTHY LINDSEY,
                              KATIE DAY and GEORGE VANDER VELDE,**

LISA MADIGAN
Illinois Attorney General         By:    s/ Mary M. Madden

                              MARY M. MADDEN
                              Assistant Attorney General
                              100 West Randolph Street, 13th Floor
                              Chicago, Illinois 60601
                              (312) 814-7201

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW** was served this 4th day of June, 2008, by e-mail and depositing same in the United States Mail, from 100 West Randolph Street, Chicago, Illinois 60601, addressed as follows:

Jerry Brown
1520 Lee Boulevard
Berkeley, Illinois 60163
jeremiah_b_1999@yahoo.com

_____s/ Mary M. Madden_____
MARY M. MADDEN