**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7080 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Honorable James B. Zagel |
| NATURAL RESOURCES, | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  Mr. Jerry Brown
1520 Lee Boulevard
Berkeley, Illinois 60163

**PLEASE TAKE NOTICE** that on the 14th day of August, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or whomever may be sitting in his stead, at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, Room 2503, and then and there present the attached **DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached and hereby served upon you.


LISAMADIGAN                                      **ILLINOIS DEPARTMENT OF NATURAL**
Illinois Attorney General                         **RESOURCES,** Defendant

                                                  By:  s/ Mary M. Madden

                                                  MARY M. MADDEN
                                                  Assistant Attorney General
                                                  100 West Randolph Street, 13th Floor
                                                  Chicago, Illinois 60601
                                                  (312) 814-7201

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served this 12th day of August, 2008, by e-mail and depositing same in the United States Mail, from 100 West Randolph Street, Chicago, Illinois 60601, addressed as follows:

Jerry Brown
1520 Lee Boulevard
Berkeley, Illinois 60163
jeremiah_b_1999@yahoo.com

_____s/ Mary M. Madden_____
MARY M. MADDEN