UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jerry Brown

                                        Plaintiff,

v.                                                           Case No.: 1:07−cv−07080

                                                                Honorable James B. Zagel

Illinois Waste Management and Researcn Center, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 8/14/2008. MOTION by Defendant Illinois Waste Management and Research Center to strike plaintiff's response to defendant's motion to dismiss and for an enlargement of time to answer or otherwise plead until 9/9/2008 [13] is granted. Status hearing (8−26−2008) is reset for 9/29/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.