**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7080 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Honorable James B. Zagel |
| NATURAL RESOURCES, | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:    Mr. Jerry Brown
       1520 Lee Boulevard
       Berkeley, Illinois 60163

**PLEASE TAKE NOTICE** that on the 8th day of September, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, the attached **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is hereby served upon you.

Respectfully submitted,

LISA MADIGAN                    **ILLINOIS DEPARTMENT OF NATURAL**
Illinois Attorney General       **RESOURCES,**
                                Defendant,

By:____s/ Mary M. Madden_____

MARY M. MADDEN
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7201

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF FILING** and

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST**

**AMENDED COMPLAINT,** was served this 8th day of September, 2008, by electronic mail, and by

first-class United States mail, postage prepaid, upon the following:

Jerry Brown
1520 Lee Boulevard
Berkeley, Illinois 60163
jeremiah_b_1999@yahoo.com

_____s/ Mary M. Madden_____
MARY M. MADDEN